IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARMON R. LAGUNES**                                                           **PLAINTIFF**

V.                  No. 4:20-cv-01263-JM-ERE

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER of the**
**SOCIAL SECURITY ADMINISTRATION**                      **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, judgment is entered in favor of Defendant.

DATED this 6th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE